# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

November 27, 2018

**VIA ECF**

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Cantalicio-Alvarado, et. al. v. Twin Donut, et. al.
             Case No. 17 Civ. 7597 (GWG)</u>

Dear Judge Gorenstein,

      On behalf of the parties, we are pleased to provide a fully executed settlement agreement consistent with the terms of settlement placed on the record in court on September 12, 2018.

      The agreement reflects that the fairness of this settlement was reviewed by the court on the record at the conclusion of our settlement conference. The executed document is consistent with and memorializes the agreement reached with the assistance of the court at the time of the conference.

      A proposed order of dismissal is also provided. As reflected in the agreement, the court agreed to retain jurisdiction over this matter. The first of eight (8) monthly payments is due early next year.

      On behalf of all parties, we thank the court again for its consideration of this case and its assistance in helping the parties reach this agreement.

                                                 Respectfully,

                                                 */s/ Peter H. Cooper*

                                                 Peter H. Cooper

cc:    Robert J. Anderson, Esq. (Via ECF)