UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX CANTALICIO-ALVARADO, et al., :

                                         : ORDER DIRECTING ENTRY OF
                                             JUDGMENT
                Plaintiffs,           : 17 Civ. 7597 (GWG)

                                             :
   -v.-
                                             :
                                             :
TWIN DONUT, INC., et al.,
                                             :

                Defendants.         :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/19
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        In accordance with the application made in Docket # 44 and the Court having heard the opposition of defendants to the application at the conference held on February 28, 2019, the Clerk is directed to enter judgment against defendants George Psathas, 218 TD LLC, Jerome TD LLC, and Twin Donut, Inc. jointly and severally in the amount of $160,000.

        SO ORDERED.

Dated: March 4, 2019
        New York, New York

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy sent to:

Mr. George Psathas
4455 Douglas Avenue, Apt. 11C
Bronx, NY 10471