UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FELIX CATALICIO-ALVARARO, et al., ,
                Plaintiffs,

              17 **CIV** 7597 (GWG)

    -against-            **JUDGMENT**

TWIN DONUT, INC., et al.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated March 4, 2019, Judgment is entered against defendants George Psathas, 218 TD LLC, Jerome TD LLC, and Twin Donuts, Inc. jointly and severally in the amount of $160,000.00.

**DATED**: New York, New York
          March 4, 2019

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**
                                      **BY:**
                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/4/2019